**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANAS REHMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVOCADO MATTRESS, LLC,<br><br>Defendant. | Case No. 5:26-CV-07918-EKL<br><br>**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO CONDUCT THIRD-PARTY DISCOVERY** |

The Court, having considered Plaintiff Anas Rehman's Administrative Motion for Leave to Conduct Third-Party Discovery and good cause appearing HEREBY ORDERS:

1. Plaintiff may serve a subpoena under Federal Rule of Civil Procedure 45 on the Payment Processor seeking production of the Requested Information, as limited in the subpoena attached as Exhibit A to the Motion.
2. Within twenty-one (21) days of the date of this Order Plaintiff shall serve a copy of this Order and the subpoena on the Payment Processor Shopify Payments (USA) Inc. and on Defendant. Plaintiff shall file proof of service with the Court.
3. Plaintiff may seek leave to serve additional or modified subpoenas on third parties, upon a showing of good cause.

**IT IS SO ORDERED.**

Dated this 10th day of November, 2026.

Susan van Keulen
U.S. Magistrate Judge